IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

EDWIN T. YOUNG                                                                                              PLAINTIFF

VS.                                            Civil No. 15-cv-4016

WARDEN MARTY BRAZELL and
D. FLOYD (Maintenance)                                                                              DEFENDANTS

## JUDGMENT

Before the Court is the Report and Recommendation filed June 29, 2016, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 34). Judge Bryant recommends that Defendants' Motion for Summary Judgment (ECF No. 26) be granted and that Plaintiff's Complaint (ECF No. 1) be dismissed with prejudice. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Defendants' Motions for Summary Judgment is hereby **GRANTED**, and Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 20th day of June, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge